**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                          **Case No. 14-CR-100**

**MARIAH KAUSS**
        **Defendant.**

## **ORDER**

**IT IS ORDERED** that the statement of reasons be amended to correct defendant's date of birth. See Fed. R. Crim. P. 36.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2014.

                                      /s Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge